# EXHIBIT
## A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK L. EHRMAN, et al.,                    *
                                           *
              Plaintiffs,                   *
                                           *
       v.                                   *        Civil Action No. 10-11858-JLT
                                           *
LEANDRO MAIFREDINI, et al.,                 *
                                           *
              Defendants.                   *

ORDER

May 24, 2012

TAURO, J.

       After a hearing held on May 24, 2012, the court hereby orders that:

   1.     Plaintiffs' Motion to Enter a Default Judgment against the Argentine Defendants

          upon an Assessment of Damages Pursuant to Fed. R. Civ. P. 55(b)(2) and Art. 15

          of the Hague Convention [#35] is ALLOWED.  A default judgment shall issue.[1]

          In accordance with Article 16 of the Hague Convention, Defendants shall have

          one year from the issue of default judgment to seek relief in this court.[2]

   2.     In light of the Stipulation of Dismissal of Mara DeSimone Martin [#42],

          Defendant Martin's Motion to Dismiss [#14] is DENIED AS MOOT.

IT IS SO ORDERED.

                                        _____
                                        United States District Judge

---

[1] Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters art. 15, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 [hereinafter Hague Convention].

[2] Id. art. 16.

# EXHIBIT
# B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK L. EHRMAN,                          *
VIÑAS ARGENTINAS LLC, and                *
VIÑA MAIPÚ SRL,                          *
                                         *
        Plaintiffs,                      *
                                         *
        v.                               *          Civil Action No. 10-11858-JLT
                                         *
LEANDRO MAIFREDINI, JUAN                 *
PABLO, MAIFREDINI, ROMULO                *
MAIFREDINI, LEANDRO DE LA                *
FUENTE, OSCAR IRUSTA, and                *
POLIBOL SRL,                             *
                                         *
        Defendants.                      *


ORDER

December 13, 2012

TAURO, J.


After considering Plaintiffs' motions [# 57, #58, #59], this court hereby orders that:

1.      Plaintiffs' Motion for Leave to Amend the Complaint [#57] to include Defendants'

        national identity numbers is DENIED.[1]

2.      Plaintiffs' Motion to Amend the Order on Entry of Default Judgment [#58] is

        DENIED.  Entry of the Default Judgment shall become final on May 24, 2013,

        pursuant to this court's May 24, 2012 Order [#43].

---

[1] See Fed. R. Civ. P. 5.2; Local Rule 5.3(a).

3.      Plaintiffs' Motion for Attorneys' Fees and Expenses [#59] is ALLOWED as a

reasonable calculation of the costs and fees incurred in litigating these claims.[2]


IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                                    United States District Judge

---

[2] See 18 U.S.C. § 1964(c); Lipsett v. Blanco, 975 F.2d 934 (1st Cir. 1992); Ne. Women's
Ctr. v. McMonagle, 889 F.2d 466, 476-77 (3d Cir. 1989).

# EXHIBIT
# C

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK L. EHRMAN,**<br>**VIÑAS ARGENTINAS LLC, and VIÑA MAIPÚ SRL,**<br>**Plaintiffs,**<br><br>v.<br><br>**LEANDRO MAIFREDINI, JUAN PABLO**<br>**MAIFREDINI, ROMULO MAIFREDINI,**<br>**LEANDRO DE LA FUENTE, OSCAR IRUSTA, and**<br>**POLIBOL**<br>**Defendants.** | Civil Action No. 1:10-11858-JLT |

## FINAL JUDGMENT BY DEFAULT

Defendant **LEANDRO MAIFREDINI** having failed to plead or otherwise defend in this action and his default having been entered,

Now upon application of Plaintiffs and affidavits demonstrating the Defendant owes Plaintiffs the sum of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety-Four Cents ($15,114,402.94) that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of Three Hundred Fifty-One Thousand Thirty-Eight US Dollars ($351,038.00),

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from the Defendant **LEANDRO MAIFREDINI** the principal amount of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety Four Cents ($15,114,402.94) with costs and reasonable attorneys' fees in the amount of Three Hundred Fifty One Thousand Thirty Eight United States Dollars ($351,038.00), and post judgment interest at the rate of 9.77 percent from March 15, 2012 through in the amount of One Million Seven Hundred Thousand Fifty Nine Thousand eight Hundred Seventy-Five US Dollars and Fifty Three Cents ($1,759,875.53) for a total judgment of **Seventeen Million, Two Hundred Twenty-Five Thousand Three Hundred Sixteen US Dollars and Forty-Seven Cents ($17,225,316.47)** with such additional interest as provided by law at the Annual Rate of 9.77 percent until this judgment is fully paid and satisfied.

**By the Court,**

_____

Joseph L. Tauro
United States District Judge

Dated:_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK L. EHRMAN,**<br>**VIÑAS ARGENTINAS LLC, and VIÑA MAIPÚ SRL,**<br>**Plaintiffs,**<br><br>v.<br><br>**LEANDRO MAIFREDINI, JUAN PABLO**<br>**MAIFREDINI, ROMULO MAIFREDINI,**<br>**LEANDRO DE LA FUENTE, OSCAR IRUSTA, and**<br>**POLIBOL**<br>**Defendants.** | **Civil Action No. 1:10-11858-JLT** |

## FINAL JUDGMENT BY DEFAULT

Defendant **JUAN PABLO MAIFREDINI** having failed to plead or otherwise defend in this action and his default having been entered,

Now upon application of Plaintiffs and affidavits demonstrating the Defendant owes Plaintiffs the sum of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety-Four Cents ($15,114,402.94) that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of Three Hundred Fifty-One Thousand Thirty-Eight US Dollars ($351,038.00),

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from the Defendant **JUAN PABLO MAIFREDINI** the principal amount of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety Four Cents ($15,114,402.94) with costs and reasonable attorneys' fees in the amount of Three Hundred Fifty One Thousand Thirty Eight United States Dollars ($351,038.00), and post judgment interest at the rate of 9.77 percent from March 15, 2012 through in the amount of One Million Seven Hundred Thousand Fifty Nine Thousand eight Hundred Seventy-Five US Dollars and Fifty Three Cents ($1,759,875.53) for a total judgment of **Seventeen Million, Two Hundred Twenty-Five Thousand Three Hundred Sixteen US Dollars and Forty-Seven Cents ($17,225,316.47)** with such additional interest as provided by law at the Annual Rate of 9.77 percent until this judgment is fully paid and satisfied.

                                                  **By the Court,**


                                                  _____
                                                  Joseph L. Tauro
Dated:_____                             United States District Judge

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK L. EHRMAN,<br>VIÑAS ARGENTINAS LLC, and VIÑA MAIPÚ SRL,<br>**Plaintiffs,**<br><br>v.<br><br>LEANDRO MAIFREDINI, JUAN PABLO<br>MAIFREDINI, ROMULO MAIFREDINI,<br>LEANDRO DE LA FUENTE, OSCAR IRUSTA, and<br>POLIBOL<br>Defendants. | Civil Action No. 1:10-11858-JLT |

## FINAL JUDGMENT BY DEFAULT

Defendant **ROMULO MAIFREDINI** having failed to plead or otherwise defend in this action and his default having been entered,

Now upon application of Plaintiffs and affidavits demonstrating the Defendant owes Plaintiffs the sum of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety-Four Cents ($15,114,402.94) that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of Three Hundred Fifty-One Thousand Thirty-Eight US Dollars ($351,038.00),

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from the Defendant **ROMULO MAIFREDINI** the principal amount of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety Four Cents ($15,114,402.94) with costs and reasonable attorneys' fees in the amount of Three Hundred Fifty One Thousand Thirty Eight United States Dollars ($351,038.00), and post judgment interest at the rate of 9.77 percent from March 15, 2012 through in the amount of One Million Seven Hundred Thousand Fifty Nine Thousand eight Hundred Seventy-Five US Dollars and Fifty Three Cents ($1,759,875.53) for a total judgment of **Seventeen Million, Two Hundred Twenty-Five Thousand Three Hundred Sixteen US Dollars and Forty-Seven Cents ($17,225,316.47)** with such additional interest as provided by law at the Annual Rate of 9.77 percent until this judgment is fully paid and satisfied.

**By the Court,**

_____
Joseph L. Tauro
Dated:_____          United States District Judge

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK L. EHRMAN,**<br>**VIÑAS ARGENTINAS LLC, and VIÑA MAIPÚ SRL,**<br>**Plaintiffs,**<br><br>v.<br><br>**LEANDRO MAIFREDINI, JUAN PABLO**<br>**MAIFREDINI, ROMULO MAIFREDINI,**<br>**LEANDRO DE LA FUENTE, OSCAR IRUSTA, and**<br>**POLIBOL**<br>      **Defendants.** | Civil Action No. 1:10-11858-JLT |

## FINAL JUDGMENT BY DEFAULT

Defendant **LEANDRO DE LA FUENTE** having failed to plead or otherwise defend in this action and his default having been entered,

Now upon application of Plaintiffs and affidavits demonstrating the Defendant owes Plaintiffs the sum of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety-Four Cents ($15,114,402.94) that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of Three Hundred Fifty-One Thousand Thirty-Eight US Dollars ($351,038.00),

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from the Defendant **LEANDRO DE LA FUENTE** the principal amount of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety Four Cents ($15,114,402.94) with costs and reasonable attorneys' fees in the amount of Three Hundred Fifty One Thousand Thirty Eight United States Dollars ($351,038.00), and post judgment interest at the rate of 9.77 percent from March 15, 2012 through in the amount of One Million Seven Hundred Fifty Nine Thousand eight Hundred Seventy-Five US Dollars and Fifty Three Cents ($1,759,875.53) for a total judgment of **Seventeen Million, Two Hundred Twenty-Five Thousand Three Hundred Sixteen US Dollars and Forty-Seven Cents ($17,225,316.47)** with such additional interest as provided by law at the Annual Rate of 9.77 percent until this judgment is fully paid and satisfied.

**By the Court,**

_____
Joseph L. Tauro
United States District Judge

Dated:_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK L. EHRMAN,**<br>**VIÑAS ARGENTINAS LLC, and VIÑA MAIPÚ SRL,**<br>**Plaintiffs,**<br><br>v.<br><br>**LEANDRO MAIFREDINI, JUAN PABLO**<br>**MAIFREDINI, ROMULO MAIFREDINI,**<br>**LEANDRO DE LA FUENTE, OSCAR IRUSTA, and**<br>**POLIBOL**<br>**Defendants.** | **Civil Action No. 1:10-11858-JLT** |

## FINAL JUDGMENT BY DEFAULT

Defendant **POLIBOL** having failed to plead or otherwise defend in this action and his default having been entered,

Now upon application of Plaintiffs and affidavits demonstrating the Defendant owes Plaintiffs the sum of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety-Four Cents ($15,114,402.94) that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of Three Hundred Fifty-One Thousand Thirty-Eight US Dollars ($351,038.00),

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiffs recover from the Defendant **POLIBOL** the principal amount of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety Four Cents ($15,114,402.94) with costs and reasonable attorneys' fees in the amount of Three Hundred Fifty One Thousand Thirty Eight United States Dollars ($351,038.00), and post judgment interest at the rate of 9.77 percent from March 15, 2012 through in the amount of One Million Seven Hundred Thousand Fifty Nine Thousand eight Hundred Seventy-Five US Dollars and Fifty Three Cents ($1,759,875.53) for a total judgment of **Seventeen Million, Two Hundred Twenty-Five Thousand Three Hundred Sixteen US Dollars and Forty-Seven Cents ($17,225,316.47)** with such additional interest as provided by law at the Annual Rate of 9.77 percent until this judgment is fully paid and satisfied.

**By the Court,**

_____
Joseph L. Tauro
United States District Judge

Dated:_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK L. EHRMAN,<br>VIÑAS ARGENTINAS LLC, and VIÑA MAIPÚ SRL,<br>**Plaintiffs,**<br><br>v.<br><br>LEANDRO MAIFREDINI, JUAN PABLO<br>MAIFREDINI, ROMULO MAIFREDINI,<br>LEANDRO DE LA FUENTE, OSCAR IRUSTA, and<br>POLIBOL<br>**Defendants.** | Civil Action No. 1:10-11858-JLT |

## FINAL JUDGMENT BY DEFAULT

Defendant **OSCAR IRUSTA** having failed to plead or otherwise defend in this action and his default having been entered,

Now upon application of Plaintiffs and affidavits demonstrating the Defendant owes Plaintiffs the sum of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety-Four Cents ($15,114,402.94) that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of Three Hundred Fifty-One Thousand Thirty-Eight US Dollars ($351,038.00),

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from the Defendant **OSCAR IRUSTA** the principal amount of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety Four Cents ($15,114,402.94) with costs and reasonable attorneys' fees in the amount of Three Hundred Fifty One Thousand Thirty Eight United States Dollars ($351,038.00), and post judgment interest at the rate of 9.77 percent from March 15, 2012 through in the amount of One Million Seven Hundred Thousand Fifty Nine Thousand eight Hundred Seventy-Five US Dollars and Fifty Three Cents ($1,759,875.53) for a total judgment of **Seventeen Million, Two Hundred Twenty-Five Thousand Three Hundred Sixteen US Dollars and Forty-Seven Cents ($17,225,316.47)** with such additional interest as provided by law at the Annual Rate of 9.77 percent until this judgment is fully paid and satisfied.

**By the Court,**

_____
Joseph L. Tauro
United States District Judge

Dated:_____