UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK L. EHRMAN, VIÑAS ARGENTINAS LLC, and VIÑA MAIPÚ SRL, Plaintiffs, v. LEANDRO MAIFREDINI, JUAN PABLO MAIFREDINI, ROMULO MAIFREDINI, LEANDRO DE LA FUENTE, OSCAR IRUSTA, and POLIBOL Defendants. | Civil Action No. 1:10-11858-JLT |

## FINAL JUDGMENT BY DEFAULT

Defendant **ROMULO MAIFREDINI** having failed to plead or otherwise defend in this action and his default having been entered,

Now upon application of Plaintiffs and affidavits demonstrating the Defendant owes Plaintiffs the sum of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety-Four Cents ($15,114,402.94) that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of Three Hundred Fifty-One Thousand Thirty-Eight US Dollars ($351,038.00),

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from the Defendant **ROMULO MAIFREDINI** the principal amount of Fifteen Million One Hundred Fourteen Thousand Four Hundred Two United States Dollars and Ninety Four Cents ($15,114,402.94) with costs and reasonable attorneys' fees in the amount of Three Hundred Fifty One Thousand Thirty Eight United States Dollars ($351,038.00), and post judgment interest at the rate of 9.77 percent from March 15, 2012 through in the amount of One Million Seven Hundred Thousand Fifty Nine Thousand eight Hundred Seventy-Five US Dollars and Fifty Three Cents ($1,759,875.53) for a total judgment of **Seventeen Million, Two Hundred Twenty-Five Thousand Three Hundred Sixteen US Dollars and Forty-Seven Cents ($17,225,316.47)** with such additional interest as provided by law at the Annual Rate of 9.77 percent until this judgment is fully paid and satisfied.

By the Court,

_/s/ JTauro_
Joseph L. Tauro
United States District Judge

Dated: 5/30/13